EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: | 2021 TSPR 132 |
| Francis Vargas Leyro | 207 DPR _____ |

Número del Caso:  TS-6,640


Fecha:  2 de septiembre de 2021


Abogado de la parte peticionaria:

    Por derecho propio


Oficina de Inspección de Notarías:

    Lcdo. Manuel E. Ávila De Jesús
    Director


Materia:  Reinstalación al ejercicio de la notaría.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Francis Vargas Leyro                    TS-6,640

RESOLUCIÓN

En San Juan, Puerto Rico, a 2 de septiembre de 2021.

Luego de examinar la *Moción [de reinstalación a la notaría]* presentada por el Lcdo. Francis Vargas Leyro el 6 de agosto de 2021 y la *Moción en cumplimiento de orden* presentada por la Oficina de Inspección de Notarías el 27 de agosto de 2021, se da por cumplida nuestra Orden y se autoriza la reinstalación del letrado al ejercicio de la notaría condicionado a que acredite a este Tribunal la prestación de una fianza notarial vigente.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo